FILED

06/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0335

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0335

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DAVID MICHAEL YOUMANS,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 2, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
June 26 2020